ANNA AMUNDSEN, as Administratrix of the Estate of JULIUS E. AMUNDSEN, Deceased, Respondent, *v.* THE CONSOLIDATED FORWARDING AND BUILDING MATERIAL COMPANY, Appellant.

*Negligence — motor vehicle — action to recover for death through being struck while crossing street.*

*Amundsen* v. *Consolidated F. & B. Material Co.,* 206 App. Div. 601, affirmed.

(Argued October 10, 1923; decided October 26, 1923.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 27, 1923, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant. Intestate, while crossing One Hundred and Thirty-second street near Walnut avenue in the borough of The Bronx, was run down by defendant's automobile truck and died as a result of the injuries received. Defendant denied negligence and set up as a defense contributory negligence on the part of intestate.

*James B. Henney* and *Owen F. Hughes* for appellant.
*George M. Curtis, Jr.,* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.